| | |
|---|---|
| 1 | J. David Oswalt (SBN: 73439) |
|   |   E-mail: doswalt@kantorlaw.net |
| 2 | Brent Dorian Brehm (SBN: 248983) |
|   |   E-mail: bbrehm@kantorlaw.net |
| 3 | KANTOR & KANTOR, LLP |
|   | 19839 Nordhoff Street |
| 4 | Northridge, CA 91324 |
|   | Telephone:  (818) 886-2525 |
| 5 | Facsimile:   (818) 350-6272 |
| 6 | Attorneys for Plaintiff, |
|   | Valerie Peoples |
| 7 | |
|   | Rebecca A. Hull (SBN 99802) |
| 8 |   E-mail: Rebecca.hull@sedgwicklaw.com |
|   | Erin A. Cornell (SBN 227135) |
| 9 |   E-mail: Erin.cornell@sedgwicklaw.com |
|   | SEDGWICK LLP |
| 10 | 333 Bush Street, 30th Floor |
|   | San Francisco, CA  94104 |
| 11 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | Metropolitan Life Insurance Company and |
|   | Citigroup Disability Plan (incorrectly named as |
| 14 | Citigroup Long Term Disability Plan) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PEOPLES, | CASE NO:  CV 11-2510 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| VS. | |
| METROPOLITAN LIFE INSURANCE COMPANY; CITIGROUP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

///

///

IT IS HEREBY STIPULATED by and between Plaintiff Valerie Peoples, and Defendants Metropolitan Life Insurance Company and Citigroup Disability Plan (incorrectly named as Citigroup Long Term Disability Plan), ("Defendants"), that pursuant to the confidential settlement agreement reached by the parties, this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: May 21, 2012                KANTOR & KANTOR, LLP


                                   By: /s/ Brent Dorian Brehm
                                       J. David Oswalt
                                       Brent Dorian Brehm
                                       Attorneys for Plaintiff,
                                       Valerie Peoples


DATED: May 21, 2012                SEDGWICK LLP


                                   By: /s/ Erin A. Cornell
                                       Rebecca A. Hull
                                       Erin A. Cornell
                                       Attorneys for Defendants,
                                       Metropolitan Life Insurance Company and Citigroup Disability Plan (incorrectly named as Citigroup Long Term Disability Plan)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: _____5/22/2012_____        By: _____
                                              CLAUDIA WILKEN
                                              United States District Judge