J. David Oswalt (SBN: 73439)
  E-mail: doswalt@kantorlaw.net
Brent Dorian Brehm (SBN: 248983)
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Valerie Peoples

Rebecca A. Hull (SBN 99802)
  E-mail: Rebecca.hull@sedgwicklaw.com
Erin A. Cornell (SBN 227135)
  E-mail: Erin.cornell@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and
Citigroup Disability Plan (incorrectly named as
Citigroup Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PEOPLES, | CASE NO:  CV 11-2510 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| VS. | |
| METROPOLITAN LIFE INSURANCE COMPANY; CITIGROUP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

///

///

1

1       IT IS HEREBY STIPULATED by and between Plaintiff Valerie Peoples, and Defendants

2   Metropolitan Life Insurance Company and Citigroup Disability Plan (incorrectly named as

3   Citigroup Long Term Disability Plan), ("Defendants"), that pursuant to the confidential

4   settlement agreement reached by the parties, this action be dismissed with prejudice, in its

5   entirety, with each party to bear their own attorneys' fees and costs.

7   DATED: May 21, 2012          KANTOR & KANTOR, LLP

9                                 By: /s/ Brent Dorian Brehm
                                   J. David Oswalt

10                               Brent Dorian Brehm
                               Attorneys for Plaintiff,

11                               Valerie Peoples

13   DATED: May 21, 2012          SEDGWICK LLP

15                               By: /s/ Erin A. Cornell
                                   Rebecca A. Hull

16                               Erin A. Cornell
                               Attorneys for Defendants,

17                               Metropolitan Life Insurance Company and
                               Citigroup Disability Plan (incorrectly named

18                               as Citigroup Long Term Disability Plan)

1

**[~~PROPOSED~~] ORDER**

2

3        Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed

4   with prejudice as to all defendants.  Each party shall bear its own fees and costs.

5

6

7   Dated:_____5/22/2012_____        By: _____

8                                              CLAUDIA WILKEN
                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3